### BEFORE THE OFFICE OF NAVAJO LABOR RELATIONS

IN RE: INDIVIDUAL CHARGE FILED BY )
VERNON L. DRUMMOND, JR. AGAINST ) CASE NO. WRIC19-040
FORT DEFIANCE INDIAN HOSPITAL BOARD )

### NOTICE OF RIGHT TO PROCEED

TO: Vernon L. Drummond, Jr.
PO Box 1582
Fort Defiance, Arizona 86504

You are hereby authorized to initiate a proceeding before the Navajo Nation Labor Commission ("NNLC") regarding alleged violations of the Navajo Preference in Employment Act ("NPEA") by the Fort Defiance Indian Hospital Board ("FDIHB").

This Notice of Right to Proceed is issued as the ONLR determined that notwithstanding the absence of probable cause determination or conclusion of conciliation efforts it was unable to complete one or both of these steps within or after 180 days on the date you file your charge with ONLR. ONLR's determination is authorized pursuant to 15 N.N.C. § 610 H.1. (a)(iii). A copy of your charge is attached hereto as Exhibit "A".

You may retain an Attorney/Advocate who is a member in good standing with Navajo Nation Bar Association ("NNBA") and duly authorized to practice law in the courts of the Navajo Nation to help you with proceeding before the NNLC.

Dated this 11th, day of September 2019

Eugene Kirk, Labor Compliance Officer
Office of Navajo Labor Relations

cc: Chrono File
AD18-762b