1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vernon Drummond, | No. CV-19-08307-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Fort Defiance Indian Hospital Board Incorporated, | |
| Defendant. | |

On February 4, 2020, Defendant filed its Answer (Doc. 9) to Plaintiff's Complaint (Doc. 1) as well as a Motion to Dismiss (Doc. 10) for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim under Rule 12(b)(6). A week later, Defendant filed a Motion to Amend/Correct Answer and Motion to Dismiss (Doc. 12); the actual document is titled Notice of Amendment. It also filed an Amended Answer (Doc. 13) and an Amended Motion to Dismiss (Doc. 14).

Pursuant to LRCiv. 15.1(b), the amending party must file a notice of filing an amended pleading and attach a copy of the amended pleading indicating how it differs by bracketing or striking through deleted text and underlining added text. In this instance, Defendant filed a "strike-out" version of its Answer as its own docket entry instead of attaching it to the Notice of Amendment. It did the same for the Amended Motion to Dismiss. The Court requires a clean version of both documents.

IT IS HEREBY ORDERED granting the Motion to Amend/Correct Answer to Complaint and Motion to Dismiss (Doc. 12).

IT IS FURTHER ORDERED denying as moot the Motion to Dismiss (Doc. 10).

IT IS FURTHER ORDERED striking the Amended Answer (Doc. 13). Defendant shall file a clean copy of the Amended Answer on the docket by February 19, 2020.

IT IS FURTHER ORDERED striking the Amended Motion to Dismiss (Doc. 14) with leave to refile. Defendant need not file a "strike-out" version of an Amended Motion on the docket. Defendant shall file a clean copy of its Motion to Dismiss on the docket by February 19, 2020. Once filed, Plaintiff's Response and Defendant's Reply will be due pursuant to the timeframe set forth in LRCiv 7.2, 12.1, and 56.1(d).

Dated this 14th day of February, 2020.

Honorable John J. Tuchi
United States District Judge