David R. Jordan, Ariz. Bar No. 013891
*The Law Offices of David R. Jordan, P.C.*
1995 State Road 602
PO Box 840
Gallup, NM 87305-0840
(505) 863-2205
Fax: (866) 604-5709
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Vernon Drummond,<br><br>  Plaintiff,<br><br>vs.<br><br>Fort Defiance Indian Hospital Board, Inc.,<br><br>  Defendant. | No. **3:19-cv-08307-JJT**<br><br>**JOINT MOTION TO STAY** |

The parties jointly request that the Court stay these proceedings to permit Plaintiff and Defendant to complete case presently pending in the Navajo Labor Commission, NNLC 2019-035. The grounds for this motion are as follows:

1. This action arises under Title VII of the civil rights act, 42 U.S.C. § 2000e, et seq.

2. Plaintiff has also filed a complaint under Navajo law with the Navajo Labor Commission. Although the applicable law is not the same, the subject matter of the two actions is similar.

3. Defendant has filed a motion to dismiss on the grounds of tribal exhaustion.

1

4. Plaintiff disagrees with Defendant's tribal exhaustion argument but is willing to proceed with the Navajo Labor Commission case until its complete conclusion before proceeding with this case. If the matter is completely resolved in the Labor Commission case, Plaintiff will dismiss this case.

5. Defendant believes that the tribal exhaustion doctrine applies but acknowledges that the appropriate remedy is to stay this case pending resolution of the tribal case. *Sharber v. Spirit Mountain Gaming Inc.*, 343 F.3d 974, 976 (9th Cir. 2003).

WHEREFORE the parties jointly request that the Court stay this case pending complete resolution of NNLC 2019-035.

DATED this 12th day of March, 2020.

**The Law Offices of David R. Jordan, P.C.**

/s/ David R. Jordan
David R. Jordan
1995 State Road 602
PO Box 840
Gallup, New Mexico 87305
Attorney for Plaintiff

So Stipulated:

**Maynes, Bradford, Shipps & Sheftel LLP**

/s/ Steven C. Boos
835 E. Second Ave., Suite 123
Durango, CO 81302
Attorney for Defendant