Steven C. Boos, Esq., Reg. No. 009621
Law Office of Steven Boos, LLC
Post Office Box 513
Bayfield, Colorado 81122
970-749-6688
steve@stevebooslaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Vernon Drummond, | )<br>) |
| Plaintiff, | ) No. 3:19-cv-08307-JJT<br>) |
| vs. | ) **DEFENDANT'S**<br>) **STATUS REPORT** |
| Fort Defiance Indian Hospital Board, Inc., | )<br>) |
| Defendant. | )<br>) |

The Defendant, Fort Defiance Indian Hospital Board, Inc., submits its Status Report in this matter.

On March 23, 2020, this Court granted a *Joint Motion to Stay*[1] staying proceedings in this matter for six months and further vacating the Rule 16 scheduling conference set for March 30, 2020. At the time, the parties anticipated that a parallel proceeding before the Navajo Nation Labor Commission (NNLC) would resolve the issues between the parties.

Due to the COVID-19 pandemic, for which the Navajo Nation has been a hot-spot, the NNLC proceedings in this matter have been repeatedly continued. The NNLC recently continued the hearing in this matter to August 17, 2021, due to its inability to hold hearings as a result of COVID-19 restrictions. Exhibit 1. Consequently, there is no realistic possibility that the issues

---

[1] *Order,* Dkt. 24 (March 23, 2020); see also, *Joint Motion to Stay,* Dkt. 23.

1

between the parties will be resolved by any action of the NNLC during the next 11 months and the Defendant is therefore reluctant to extend the stay in the present case and leave these proceedings unresolved.

The Defendant therefore requests that the Court vacate the stay in this case, reschedule the Rule 16 conference and allow the parties to proceed with discovery.

A copy of this draft *Status Report* was served on counsel for the Plaintiff on September 28, 2020. A copy of his reply is attached as Exhibit 2.

Respectfully submitted this 29th day of September, 2020.

**LAW OFFICE OF STEVEN BOOS, LLC**

by: */s/ Steven C. Boos*
Steven C. Boos, Reg. No. 009621
Post Office Box 513
Bayfield, Colorado 81122
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September 2020, I caused a true and correct copy of **DEFENDANT'S STATUS REPORT** to be served on Plaintiff, Vernon Drummond, via e-mail and U.S. Mail, first class, postage prepaid, addressed as follows:

David Jordan, Esq.
1995 State Road 602
Post Office Box 840
Gallup, NM 87305-2205
Djlaw919@gmail.com

*/s/ Steven C. Boos*
Steven C. Boos

**EXHIBIT 1**

**BEFORE THE**
**NAVAJO NATION LABOR COMMISSION**

| | |
|---|---|
| VERNON DRUMMOND, | ) |
| Petitioner, | ) Case No. NNLC-2019-035 |
| vs. | ) ORDER |
| FORT DEFIANCE INDIAN HOSPITAL BOARD, INC., | ) |
| Respondent. | ) |

This matter came before the Navajo Nation Labor Commission (Commission) upon Respondent's Motion for Continuance. Having considered the Motion and the file in this matter, and being otherwise advised in the premises, the Commission FINDS that Parties' motion is reasonable under the circumstances and should be granted.

IT IS, THEREFORE, ORDERED that the hearing scheduled for October 21, 2020, is vacated and this matter is rescheduled for hearing on __17th__ day of __August__, 2021, beginning at __9:00__ o'clock __a.m.__ at __NNLC Conf. Rm., Window Rock, AZ__.

Date: __Sept. 22, 2020__

Navajo Nation Labor Commission
By: _[signature]_



| From: | David Jordan |
|---|---|
| To: | Steve Boos |
| Subject: | Re: Drummond v. FDIHB; Title VII case |
| Date: | Monday, September 28, 2020 2:50:41 PM |

This is fine

> On Sep 28, 2020, at 11:00 AM, Steve Boos <steve@stevebooslaw.com> wrote:
>
> <20200928 draft Status Report.docx>

# Steve Boos

| | |
|---|---|
| **From:** | Steve Boos |
| **Sent:** | Monday, September 28, 2020 11:01 AM |
| **To:** | David Jordan |
| **Cc:** | Alyesse Lopez |
| **Subject:** | Drummond v. FDIHB; Title VII case |
| **Attachments:** | 20200928 draft Status Report.docx |

Good morning –

I have written to you several times to follow-up on your commitment to draft a status report in this case, but have never received a reply. We're out of time, as the Court will lift the stay on September 30, 2020. In light of the NNLC order continuing the case in that forum to August 21, 2021, my client would like to proceed with the action in the US District Court. I have drafted a Status Report for FDIHB that I will file tomorrow. If you'd like me to add anything concerning the Plaintiff's position, please let me know ASAP. Thanks.

Regards, Steven Boos

**Steven C. Boos**
Law Office of Steven Boos, LLC
Post Office Box 513
Bayfield, CO 81122
970-749-6688
steve@stevebooslaw.com

This electronic message transmission contains information from the
Law Office of Steven Boos, LLC, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine.
If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of the content of the information in this message
is prohibited. If you have received this communication in error, please notify
us immediately by email and delete the original message.