# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Vernon Drummond,

    Plaintiff,

v.

Fort Defiance Indian Hospital Board Incorporated,

    Defendant.

No. CV-19-08307-PCT-JJT

**ORDER**

At issue is the Amended Motion to Dismiss (Doc. 18), which Defendant filed on February 14, 2020, before the Court entered a stay in this matter (Doc. 24). The Court has now lifted the stay (Doc. 28) and set a Scheduling Conference (Doc. 29) for December 4, 2020. Accordingly,

IT IS ORDERED denying the Amended Motion to Dismiss (Doc. 18) with leave to refile, as necessary, after the Scheduling Conference (Doc. 29).

Dated this 13th day of November, 2020.

Honorable John J. Tuchi
United States District Judge