Steven C. Boos, Esq., Reg. No. 009621
Law Office of Steven Boos, LLC
Post Office Box 513
Bayfield, Colorado 81122
970-749-6688
steve@stevebooslaw.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vernon Drummond, | ) | |
| | ) | |
|    Plaintiff, | ) | No. 3:19-cv-08307-JJT |
| | ) | |
| vs. | ) | **REQUEST TO SUBMIT** |
| | ) | **FOR DECISION AND FOR** |
| Fort Defiance Indian Hospital Board, Inc., | ) | **ENTRY OF JUDGMENT** |
| | ) | |
|    Defendant. | ) | |
| | ) | |

The Defendant, Fort Defiance Indian Hospital Board, Inc., requests that its *Motion for Summary Judgment and Award of Attorney's Fees (Motion for Summary Judgment)*[1] be submitted for decision and judgment be entered in the Defendant's favor, pursuant to LRCiv. 7.2(i). LRCiv. 7.2(i) states that if a party "does not serve and file the required answering memorandum . . . such non-compliance shall be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily."

On January 4, 2021, the Court ordered that the Plaintiff would have until January 15, 2021 to file his responsive memorandum to the *Motion for Summary Judgment.*[2] The Plaintiff did not file a responsive memorandum by that date and instead filed his *Motion to Stay*

---

[1] Dkt. 32, Nov. 30, 2020.
[2] Dkt. 37, *Order*, Jan. 4, 2021.

*Proceedings on Summary Judgment Motion Pending Discovery (Motion to Stay)*[3]. If the *Motion to Stay* is denied and there is no continuance of the *Motion for Summary Judgment* pursuant to Rule 56(d), Fed.R.Civ.P., then there is no responsive memorandum, the time for filing a responsive memorandum has expired and the *Motion for Summary Judgment* is ripe for summary disposition pursuant to LRCiv. 7.2(i).

The Plaintiff has not filed his responsive pleading as required and, if the Court denies the *Motion to Stay,* the Court should also therefore summarily grant the *Motion for Summary Judgment,* dismiss this case and award attorney's fees to the Plaintiff as the prevailing party.

Respectfully submitted this 27th day of January, 2021.

**LAW OFFICE OF STEVEN BOOS, LLC**


by: */s/  Steven C. Boos*
     Steven C. Boos, Reg. No. 009621
     Post Office Box 513
     Bayfield, Colorado  81122
     *Attorney for Defendant*

---

[3] Dkt. 38, Jan. 15, 2021.

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2021, I caused a true and correct copy of this **REQUEST TO SUBMIT FOR DECISION AND FOR ENTRY OF JUDGMENT** to be served on Plaintiff, Vernon Drummond, via e-mail and U.S. Mail, first class, postage prepaid, addressed as follows:

David Jordan, Esq.
1995 State Road 602
Post Office Box 840
Gallup, NM 87305-2205
Djlaw919@gmail.com

_/s/  Steven C. Boos_
Steven C. Boos