Steven C. Boos, Esq., Reg. No. 009621
Law Office of Steven Boos, LLC
Post Office Box 513
Bayfield, Colorado 81122
970-749-6688
steve@stevebooslaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Vernon Drummond, | ) |
| Plaintiff, | ) No. 3:19-cv-08307-JJT |
| vs. | ) **WITNESS AND EXHIBIT** |
| | ) **DISCLOSURES PURSUANT TO** |
| Fort Defiance Indian Hospital Board, Inc., | ) **RULE 26(a)(3)** |
| Defendant. | ) |

Pursuant to Paragraph 12 of the *Rule 16 Scheduling Order*[1], the Defendant, Fort Defiance Indian Hospital Board, Inc. (FDIHB), hereby discloses the exhibits and witnesses it may call at trial.

### Witnesses

1. Vernon Drummond;
2. Pierre Desrosiers, PO Box 69 Fort Defiance, Arizona 86504; 928-729-8819;
3. Mark Krause, PO Box 649 Fort Defiance, Arizona 86504; 928-729-8820;
4. Lyanne Holte, 3504 E. Bellerive Pl. Chandler, Arizona 85249; 480-707-7705;

---

[1] Dkt. 35, December 4, 2020.

5. Stephanie Mangual, no current postal address available; no current phone number available (Ms. Mangual left employment with FDIHB in late 2020 and the only contact information available to FDIHB is a personal email address: stephanie.manguall@gmail.com);

6. Sandra Fouser, PO Box 69 Fort Defiance, Arizona 86504; 928-729-8652.;

7. Deana Garcia, PO Box 69 Fort Defiance, Arizona 86504; 505-879-0691;

8. Brandy Nicholas, PO Box 596, Cashmere, WA 98815; 360-731-4438;

9. Nazhone Yazzie, PO Box 69 Fort Defiance, Arizona 86504; 928-729-8701;

10. Vanessa Litson, PO Box 69 Fort Defiance, Arizona 86504; 928-729-8032;

11. Celeste Jackson, PO Box 1203 Fort Defiance, Arizona 86504; 928-206-6434;

12. Tyrone James, PO Box 649 Fort Defiance, Arizona 86504; 928-729-8820;

13. Christina Cecil Ward, PO Box 69 Fort Defiance, Arizona 86504; 928-729-8667;

14. Gary Jim, PO Box 649 Fort Defiance, Arizona 86504; 928-729-8820;

15. Sharon Alcott, PO Box 69 Fort Defiance, Arizona 86504; 928-729-8695.

The names, addresses and phone numbers of each witness have previously been disclosed to counsel for the Plaintiff.

**Exhibits**

1. Deposition of Vernon Drummond (November 14, 2020);

2. Declaration of Lyanne Holte (October 28, 2020);

3. Declaration of Sandra Fouser (October 23, 2020);

4. Declaration of Deana Garcia (November 16, 2020);

5. Declaration of Stephanie Mangual (October 30, 2020);

6. Declaration of Nazhone Yazzie (November 6, 2020);

7. Declaration of Pierre Desrossiers (November 20, 2020);

8. Declaration of Mark Krause (November 17, 2020);

9. Declaration of Celeste Jackson (October 30, 2020);

10. Declaration of Tyrone James (October 28, 2020);

11. Declaration of Brandy Nicholas (November 16, 2020):

12. Declaration of Vanessa Litson (November 19, 2020);

13. Declaration of Christina Cecil Ward (January 22, 2021);

14. Declaration of Gary Jim (January 26, 2021);

15. Declaration of Sharon Alcott (January 26, 2021);

16. Chart audit findings report by Brandy Nicholas;

17. Email dated January 16, 2019 from Nazhone Yazzie to Sandra Fouser re. Wound Care Nursing;

18. Email dated December 11, 2018 from Brandy Nicholas to Deanna Garcia re. Wound Care Chart Audit;

19. Email dated January 3, 2019 from Pierre G Desrosiers to Sandra L Fouser re. wound care.

All listed exhibits have previously been served on counsel for the Plaintiff.

Respectfully submitted this 28th day of May, 2021.

                        **LAW OFFICE OF STEVEN BOOS, LLC**

                    by: /s/ Steven C. Boos
                        Steven C. Boos, Reg. No. 009621
                        Post Office Box 513
                        Bayfield, Colorado 81122
                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of May 2021, I caused a true and correct copy of **WITNESS AND EXHIBIT DISCLOSURES PURSUANT TO RULE 26(a)(3)** to be served on Plaintiff, Vernon Drummond, via e-mail and U.S. Mail, first class, postage prepaid, addressed as follows:

David Jordan, Esq.
1995 State Road 602
Post Office Box 840
Gallup, NM 87305-2205
Djlaw919@gmail.com

            */s/ Steven C. Boos*
            Steven C. Boos